

NUMBER 13-17-00086-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

OCTAVIO ALVAREZ, **Appellant,**

**v.**

SERGIO MOLINA D/B/A
NARSE CONSTRUCTION, **Appellee.**

On appeal from the County Court at Law No. 7
of Hidalgo County, Texas.

# MEMORANDUM OPINION

**Before Justices Contreras, Longoria, and Hinojosa**
**Memorandum Opinion by Justice Hinojosa**

Appellant Octavio Alvarez appeals the trial court's judgment dismissing his suit against appellee Sergio Molina d/b/a Narse Construction for want of prosecution. This Court previously abated the appeal to allow the parties to effectuate a settlement agreement. The parties have now filed a joint motion to enter agreed judgment.

Pursuant to the agreement, the parties request this Court to render judgment effectuating the parties' agreement. *See* TEX. R. APP. P. 42.1(a)(2)(A). The parties have agreed that this Court should reverse the trial court's judgment and render judgment in favor of appellant and against appellee in the amount of $17,000.00. The parties further agree that all costs of the appeal will be taxed against the party incurring same.

The Court, having considered the documents on file and joint motion to enter agreed judgment, is of the opinion that the motion should be granted. Accordingly, we REINSTATE this appeal. We GRANT the parties' joint motion to enter agreed judgment. We REVERSE the trial court's judgment, RENDER judgment in favor of appellant and against appellee in the amount of $17,000.00, and DISMISS the appeal. *See id.* Pursuant to the parties' agreement, the costs of the appeal will be taxed against the incurring party. *See id.* 42.1(d). Having dismissed the appeal at the parties' request, no motion for rehearing will be entertained, and our mandate will issue forthwith. We dismiss any other pending motions as moot.

LETICIA HINOJOSA
Justice

Delivered and filed the
9th day of August, 2018.

2